Argued and submitted November 18, reversed and remanded for reconsideration December 11, 1991 .

In the Matter of the Compensation of
Lola G. Powers, Claimant.
SAIF CORPORATION
and Rubios Shoe Repair,
*Petitioners,*

*v.*

Lola G. POWERS,
*Respondent.*

(WCB 89-16344; CA A67926)

820 P2d 906

David L. Runner, Assistant Attorney General, Salem, argued the cause for petitioners. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Jon L. Woodside, Portland, waived appearance for respondent.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Aetna Casualty Co. v. Aschbacher*, 107 Or App 494, 812 P2d 844, *rev den* 312 Or 150 (1991).